# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

JOHNNY MOFFITT

Plaintiff(s),

CASE NUMBER: 1:15-cv-1067-JDT-cgc

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.

Defendant(s).

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on March 13, 2017, the motion to amend is granted and the Court DISMISSES the amended complaint and terminates this action. It is further certified pursuant to 28 U.S.C. §1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith. Plaintiff is instructed that if he wished to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in *McGore* and §1915(a)(2).

**APPROVED:**

                                                                                                **s/James D. Todd**
                                                                                                 JAMES D. TODD
                                                                                                 **U.S. DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**